UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

      - v. -                     :   ORDER

GARY SANTORO,                     .   07 Cr. 860 (VM)

      Defendant.                 :

- - - - - - - - - - - - - - - - -x

      Indictment 07 Cr. 860 was filed on September 12, 2007, charging Gary Santoro, the defendant, with four counts of wire fraud, in violation of Title 18, United States Code, Section 1343.

      By letter dated September 12, 2007, the Government informed the Court that while no request had initially been made to file the Indictment under seal, developments in the investigation caused the Government to reconsider that decision, and to request that the Court place the Indictment and all record of this matter under seal until further application. In response to the Government's application, it is hereby

      ORDERED that Indictment 07 Cr. 860, this Order, and all other documents associated with this matter be filed under seal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4
DATE FILED: 10/2/07

until further order from this Court.

Dated:   New York, New York
         October 2, 2007

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

2