UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
                                        :
UNITED STATES OF AMERICA                :
                                        :      **ORDER**
            -v-                         :      07 Cr. 860 (VM)
                                        :
GARY SANTORO,                           :
                                        :
            Defendant.                  :
                                        :
- - - - - - - - - - - - - - - - - - - -X

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      March 11, 2008

                                                HONORABLE VICTOR MARRERO
                                                UNITED STATE DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08