UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -v-

GARY SANTORO,

           Defendant.

- - - - - - - - - - - - - - - - - - -X

**ORDER**

07 Cr. 860 (VM)

**ORIGINAL**

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

    It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       March 11, 2008

                              HONORABLE VICTOR MARRERO
                              UNITED STATE DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GARY SANTORO,

          Defendant.

**ORDER**

07 Cr. 860

               MICHAEL J. GARCIA
               United States Attorney.

```
********** -COMM. JOURNAL- **********  DATE MAR-11-2008 *****TIME 09:41********

         MODE = MEMORY TRANSMISSION      START=MAR-11 09:41   END=MAR-11 09:41

         FILE NO.=761
 STN NO.  COMM.  ABBR NO.   STATION NAME/TEL NO.    PAGES    DURATION

  001     OK       ß        912126372387            003/003  00:00:25


                                                    -JUDGE VICTOR MARRERO    -

******************************** -212 805 6382    - ***** -  212 805 6382- *********
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 CENTRE STREET
NEW YORK, NEW YORK 10007
Telephone: (212) 805-6374
Fax No.: (212) 805-6382

CHAMBERS OF
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

# FAX COVER SHEET

### 2008
DATE: 3-11

| TO: | ORGANIZATION: | FAX NUMBER |
|---|---|---|
| Jenna Dabbs |  | 637-2387 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**FROM: JUDGE VICTOR MARRERO**
NO. OF PAGES ___3___
(including cover page)

MESSAGE: *URGENT NOTE* MEMO ENDORSED

      IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing/mailing copy to all counsel and retaining verification of such in the case file. DO NOT FAX SUCH VERIFICATION TO CHAMBERS.

CONFIDENTIALITY NOTE: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this facsimile or the information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone or return the facsimile by mail.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2008   **SEALED**

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007
Fax: (212) 805-6382

    Re:    <u>United States v. Gary Santoro</u>
           07 Cr. 860 (VM)

Dear Judge Marrero:

       The defendant in the above-referenced matter has arranged, through his counsel, to surrender voluntarily this morning. I am informed by Your Honor's chambers that the defendant's presentment and arraignment have been referred to the Magistrate Judge on duty. After this case was indicted and assigned to Your Honor, the Government made an application to seal the Indictment until further notice, which application was granted by the Court. Given the circumstances of today, the Government now asks that the Court unseal the Indictment so that the defendant may be presented and arraigned, and so that the case can move forward. Accordingly, a proposed unsealing order is enclosed for Your Honor's consideration.

                                   Respectfully submitted,

                                     MICHAEL J. GARCIA
                                   United States Attorney
                                   Southern District of New York

                   By:   */s/ Jenna M. Dabbs*
                          Jenna M. Dabbs
                          Assistant United States Attorney
                          (212) 637-2212

Encl.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                      :
UNITED STATES OF AMERICA              :
                                      :      ORDER
           -v-                        :      07 Cr. 860 (VM)
                                      :
GARY SANTORO,                         :
                                      :
           Defendant.                 :      ORIGINAL
                                      :
- - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       March 11, 2008

_____
HONORABLE VICTOR MARRERO
UNITED STATE DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :
                                    :    **ORDER**
          -v-                       :    07 Cr. 860 (VM)
                                    :
GARY SANTORO,                       :
                                    :
          Defendant.                :    **ORIGINAL**
- - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       March 11, 2008

                                  HONORABLE VICTOR MARRERO
                                  UNITED STATE DISTRICT JUDGE