

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2008

**BY FACSIMILE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08
```

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007
Fax: (212) 805-6382

        Re:    <u>United States v. Gary Santoro</u>
              07 Cr. 860 (VM)

Dear Judge Marrero:

        The defendant in the above-referenced matter was presented and arraigned before Magistrate Judge Dolinger on Tuesday, March 11, 2008. The Government respectfully requests that the Court schedule an initial conference in this matter. I understand from Your Honor's law clerk that the Court may be available for an initial conference in this matter on Friday, March 14, 2008, at 3:30 p.m. This time is convenient for both parties. Please note that during the presentment and arraignment before Magistrate Judge Dolinger earlier this week, time was excluded under the Speedy Trial Act until Friday, March 14, 2008, with the consent of both parties.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: *Jenna M. Dabbs*
     Jenna M. Dabbs
     Assistant United States Attorney
     (212) 637-2212

> Request GRANTED. A status conference herein is scheduled for 3-14-08 at 3:30 to address the matter described above by Government.
>
> SO ORDERED.
>
> 3-13-08
> DATE      VICTOR MARRERO, U.S.D.J.

cc:    Vincent L. Briccetti, Esq. (by facsimile)