```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 860 (VM)
                                    :
         - against -                :    ORDER
                                    :
                                    :
GARY SANTORO,                       :
                                    :
                   Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference scheduled for April 25, 2008 be adjourned. The next conference is scheduled for Friday May 30, 2008 at 11:15 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until May 30, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         25 April 2008

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-08



## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007
Fax: (212) 805-6382

      Re:    United States v. Gary Santoro
              07 Cr. 860 (VM)

Dear Judge Marrero:

      The above-referenced matter is currently scheduled for a pre-trial conference tomorrow, April 25, 2008, at 4:45 p.m. The Government and the defendant have been engaged in plea discussions, and are continuing those discussions. Given the posture of those discussions, the parties currently expect that with a bit more time, the defendant will be prepared to enter a guilty plea at the next scheduled conference in this matter. Accordingly, the parties jointly request that the Court adjourn the conference scheduled for tomorrow, April 25, until a later date. I understand from Your Honor's law clerk that the Court may be available for a conference in this matter on Friday, May 30, 2008, at 2:00 p.m. That time is convenient for both parties. In addition, the parties jointly request that time be excluded between the date of this letter and the next scheduled conference, under the Speedy Trial Act, in order to permit the parties to continue discussions regarding a disposition of this matter.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

                By: _____
                      Jenna M. Dabbs
                      Assistant United States Attorney
                      (212) 637-2212

cc:    Vincent L. Briccetti, Esq. (by facsimile)